IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| LASHA DARA GUESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00845-JM |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b),

and Defendant's response, it is this 8th day of May, 2026, by the United States District Court for

the Eastern District of Arkansas,

ORDERED that **Howard D. Olinsky, Esquire** is awarded an attorney's fee under the

Social Security Act, 42 U.S.C. § 406(b), in the amount of $17,900.76 (or 25% of Plaintiff's past-

due benefits, whichever is less).  Plaintiff's counsel will reimburse Plaintiff any fees he

previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

Hon. James M. Moody Jr.
United States District Judge